STATE of Missouri, Respondent,

v.

Curtis JONES, Appellant.

Curtis JONES, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 48188, WD 49454.

Missouri Court of Appeals,
Western District.

April 11, 1995.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, C.J., P.J., and BERREY and ULRICH, JJ.

### ORDER

PER CURIAM:

Appeal from conviction and sentence and denial of Rule 29.15 motion to vacate both.

Affirmed.   Rule 84.16(b).